IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PAULA A. STACY                                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 1:10-CV-00078-DAS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                                   DEFENDANT

## FINAL JUDGMENT

This cause is before the court on the plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her applications for Supplemental Security Income, a Period of Disability, and Disability Insurance Benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record at the conclusion of the parties' oral argument on February 22, 2011, the court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 24th day of February, 2011.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE